# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

DOUGLAS FREDERICK POLLOCK
JULIE DEE POLLOCK
    Debtor(s)

Case No. 6:11-bk-01599-CCJ

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Laurie K. Weatherford, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/07/2011.

2) The plan was confirmed on 08/31/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/31/2012, 09/24/2012.

5) The case was converted on 07/26/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $46,711.79.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $87,964.60 |
| Less amount refunded to debtor | $2,622.76 |

**NET RECEIPTS:** $85,341.84

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $6,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,565.74 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $9,065.74

Attorney fees paid and disclosed by debtor: $2,026.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AXIS CAPITAL, INC. | Secured | 0.00 | 2,583.76 | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING, LP | Secured | 26,016.00 | 29,374.55 | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING, LP | Secured | 488,897.00 | 515,495.61 | 0.00 | 26,400.00 | 0.00 |
| BANK OF AMERICA, N.A. | Secured | 205,814.00 | 212,864.36 | NA | 0.00 | 0.00 |
| CAPE CARIBE ASSOCIATION INC | Unsecured | 2,020.49 | 2,073.27 | 2,073.27 | 94.90 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | 1,060.00 | 991.46 | 991.46 | 45.38 | 0.00 |
| CHASE BANK | Unsecured | 4,190.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Secured | 8,581.00 | 8,581.00 | 9,273.44 | 6,359.04 | 0.00 |
| FAIRWINDS CREDIT UNION | Unsecured | 18,023.00 | 18,236.66 | 18,236.66 | 834.73 | 0.00 |
| FAIRWINDS CREDIT UNION | Unsecured | 9,577.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL TRUST BANK | Unsecured | 22,410.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES, NA AS SUCCES | Unsecured | 1,974.00 | 1,903.95 | 1,903.95 | 87.15 | 0.00 |
| FIA CARD SERVICES, NA AS SUCCES | Unsecured | 6,635.00 | 6,518.31 | 6,518.31 | 298.36 | 0.00 |
| FIA CARD SERVICES, NA AS SUCCES | Unsecured | 5,201.00 | 5,018.92 | 5,018.92 | 229.73 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 4,018.94 | 4,018.94 | 183.96 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 87,836.42 | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 39,106.00 | 45,654.73 | 45,654.73 | 14,637.84 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 1,371.00 | 1,371.08 | 1,371.08 | 62.76 | 0.00 |
| LAKE OF JACARANDA CONDOMINIU | Secured | 1,000.00 | 11,670.89 | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 4,376.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 4,206.00 | 4,400.31 | 4,400.31 | 201.41 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, IN | Unsecured | 2,431.00 | 2,443.71 | 2,443.71 | 111.85 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,369.00 | 1,369.99 | 1,369.99 | 62.71 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, L | Unsecured | 9,243.00 | 9,243.00 | 9,243.00 | 423.07 | 0.00 |
| SCHMIDT & MIDKIFF, DDM | Unsecured | 1,459.00 | NA | NA | 0.00 | 0.00 |
| SEMINOLE COUNTY TAX COLLECTO | Secured | NA | 2,076.03 | NA | 0.00 | 0.00 |
| SEMINOLE COUNTY TAX COLLECTO | Secured | NA | 2,967.70 | NA | 0.00 | 0.00 |
| SOUTHERN MAGAZINE PROMOTION | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA, N.A. | Unsecured | 1,664.00 | 1,664.61 | 1,664.61 | 76.19 | 0.00 |
| TOYOTA MOTOR CREDIT CORPORAT | Unsecured | 797.00 | 797.15 | 797.15 | 36.49 | 0.00 |
| WELLS FARGO BANK, N.A. | Unsecured | 22,191.00 | 23,328.76 | 23,328.76 | 1,067.81 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, NA DBA AMER | Secured | 110,862.00 | 113,004.10 | 0.00 | 24,055.68 | 0.00 |
| WELLS FARGO BANK, NA DBA AMER | Secured | NA | 2,517.64 | 2,517.64 | 1,007.04 | 0.00 |
| WINTER PARK UROLOGY | Unsecured | 5,118.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $50,455.68 | $0.00 |
| Mortgage Arrearage | $2,517.64 | $1,007.04 | $0.00 |
| Debt Secured by Vehicle | $9,273.44 | $6,359.04 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,791.08** | **$57,821.76** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $45,654.73 | $14,637.84 | $0.00 |
| **TOTAL PRIORITY:** | **$45,654.73** | **$14,637.84** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$83,380.12** | **$3,816.50** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,065.74 |
| Disbursements to Creditors | $76,276.10 |
| **TOTAL DISBURSEMENTS :** | **$85,341.84** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/22/2013                          By: /s/ Laurie K. Weatherford
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**