## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Douglas Frederick Pollock | § | Case No. 11-01599-CCJ |
| Julie Dee Pollock | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter  of the United States Bankruptcy Code was filed on
      . The case was converted to one under Chapter 7 on                . The
undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

          Funds were disbursed in the following amounts:

          Payments made under an interim
          disbursement
          Administrative expenses
          Bank service fees
          Other payments to creditors
          Non-estate funds paid to 3rd Parties
          Exemptions paid to the debtor
          Other payments to the debtor

          Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $             , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ARVIND MAHENDRU_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 11-01599 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|---|---|---|
| Case Name: | Douglas Frederick Pollock | | | | Date Filed (f) or Converted (c): | 07/26/2013 (c) |
| | Julie Dee Pollock | | | | 341(a) Meeting Date: | 08/28/2013 |
| For Period Ending: | 01/20/2015 | | | | Claims Bar Date: | 11/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  1430 Jamie Lane Casselberry, Fl 32707 Lot 3 Blk B, Less E 18 | 275,000.00 | 0.00 | | 9,000.00 | FA |
| 2.  1869 E Lake Drive (Seminola Dr) Casselberry, Fl 32707 Lot 1 | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 3.  10749 Cleary Blvd #202 Plantation, Fl Unit 202, Bldg 7 Lakes | 61,500.00 | 0.00 | OA | 0.00 | FA |
| 4.  Ron Jon Cape Caribe Resort Unit 2304 Week 29 Cape Canaveral, | 500.00 | 500.00 | | 0.00 | FA |
| 5.  Cash | 80.00 | 80.00 | | 0.00 | FA |
| 6.  Fairwinds Credit Union Account No. Xxxx7600 Checking $126 Sa | 196.00 | 0.00 | | 0.00 | FA |
| 7.  Bank Of America Checking Account No. Xxxx6181 (Negative Bala | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Bank Of America Savings Account No. Xxxx8910 (Negative Balan | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Fairwinds Credit Union Signatory On Business Checking | 0.00 | 0.00 | | 0.00 | FA |
| 10.  $700 - Progress Energy - 1430 Jamie Lane $200 - Progress Ene | 0.00 | 0.00 | | 0.00 | FA |
| 11.  Sofa, Loveseat, End Coffee Table, 2 End Tables, Lamp, Tv, Ps | 2,510.00 | 510.00 | | 0.00 | FA |
| 12.  Books, Cds, Dvds | 25.00 | 25.00 | | 0.00 | FA |
| 13.  Men's & Women's Clothing | 20.00 | 20.00 | | 0.00 | FA |
| 14.  Wedding Set, Birthstone Ring, 2 Silver Rings, Chains, Misc. | 500.00 | 500.00 | | 0.00 | FA |
| 15.  Gold Wedding Band, Silver Neck Chain With Pendant | 150.00 | 150.00 | | 0.00 | FA |
| 16.  Golfclubs, Video Camera, Digital Camera, 2 Glock Pistols, 1 | 500.00 | 500.00 | | 0.00 | FA |
| 17.  Lincoln Benefit Life Variable Whole Life Policy | 21,622.22 | 0.00 | | 0.00 | FA |
| 18.  Principal Life Insurance Variable Whole Life Policy | 5,836.00 | 0.00 | | 0.00 | FA |
| 19.  Principal Life Insurance Variable Whole Life For Son - No Ca | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Florida Pre-Paid College For Son Florida College Investment | 7,057.57 | 0.00 | | 0.00 | FA |
| 21.  Idsnetwork, Inc (Foresnic Accounting) Assets: Bank Balance $ | 10.00 | 10.00 | | 0.00 | FA |
| 22.  2004 Ford F-250 Harley Davidson Truck Vin: 1Ftnw21p24eb91588 | 12,475.00 | 1,894.00 | | 0.00 | FA |
| 23.  2005 Dodge Durango Vin: 1D4hb48dz5f575395 Milage 107,000+ | 6,950.00 | 2,000.00 | OA | 0.00 | FA |
| 24.  2002 Harley Davidson Road King Motorcycle Vin: Hd1fdv122y657 | 6,000.00 | 3,000.00 | OA | 0.00 | FA |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 11-01599 | CCJ | Judge: | Cynthia C. Jackson | | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|---|---|---|---|
| Case Name: | Douglas Frederick Pollock | | | | | Date Filed (f) or Converted (c): | 07/26/2013 (c) |
| | Julie Dee Pollock | | | | | 341(a) Meeting Date: | 08/28/2013 |
| For Period Ending: | 01/20/2015 | | | | | Claims Bar Date: | 11/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  2002 Mazda Protege 5 Vin: Jm1bj245621616564 In Poor Conditio | 1,500.00 | 1,500.00 | OA | 0.00 | FA |
| 26.  2007 Polaris Atv Vin: Rf3ka05c07t002301 | 200.00 | 200.00 | OA | 0.00 | FA |
| 27.  2002 Harley Davidson Heritage Classic Motorcycle Vin: 1Hd1bw | 8,000.00 | 8,000.00 | OA | 0.00 | FA |
| 28.  2 Yr Old Macbook Pro Laptop Computer 5 Yr Old Desktop Comput | 150.00 | 150.00 | | 0.00 | FA |
| 29.  1 Dog 1 Cat | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $510,781.79 | $19,039.00 | | $9,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset #1- 1430 Jamie Ln, Casselberry, FL 32707
9/13/13- Notice of Intent to Sell re 1430 Jamie Ln, Casselberry, FL 32707 Doc #73
10/9/13- Trustee's Report of Sale 1430 Jamie Ln, Casselberry, FL 32707
10/9/13- Notice of Abandonment of Property
12/8/13- claims reviewed

Initial Projected Date of Final Report (TFR): 01/23/2014          Current Projected Date of Final Report (TFR): 05/30/2014

Case 6:11-bk-01599-CCJ   Doc 95   Filed 03/10/15   Page 5 of 22

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-01599
Case Name: Douglas Frederick Pollock
Julie Dee Pollock

Trustee Name: ARVIND MAHENDRU
Bank Name: Union Bank
Account Number/CD#: XXXXXX7033
Checking

Taxpayer ID No: XX-XXX8077
For Period Ending: 01/20/2015

Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/09/13 | 1 | Manzo And Associates P. A. Attorney's Trust Account 4767 New Broad St. Orlando, FL 32814 | 9/13/13- Notice of Intent to Sell re 1430 Jamie Ln, Casselberry, FL 32707 Doc #73 | 1110-000 | $9,000.00 | | $9,000.00 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,985.00 |

|  | COLUMN TOTALS | $9,000.00 | $15.00 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|  | Subtotal | $9,000.00 | $15.00 |
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $9,000.00 | $15.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7033 - Checking | $9,000.00 | $15.00 | $8,985.00 |
| | $9,000.00 | $15.00 | $8,985.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,000.00 |
| Total Gross Receipts: | $9,000.00 |

Page Subtotals:                                    $0.00                $0.00

# Middle District of Florida
# Claims Register

### 6:11-bk-01599-CCJ Douglas Frederick Pollock and Julie Dee Pollock Converted 07/26/2013

**Judge:** Cynthia C. Jackson          **Chapter:** 7

**Office:** Orlando          **Last Date to file claims:** 11/26/2013

**Trustee:** Arvind Mahendru          **Last Date to file (Govt):**

| Creditor:          (19864657)<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | **Claim No: 1**<br>*Original Filed<br>Date:* 02/11/2011<br>*Original Entered<br>Date:* 02/11/2011 | Status:<br>*Filed by:* CR<br>*Entered by:* Ascension Capital Group<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $2443.71 | | |
|---|---|---|---|---|
| Secured | claimed: | $0.00 | | |
| Priority | claimed: | $0.00 | | |
| Unknown | claimed: | $0.00 | | |
| Unsecured | claimed: | $2443.71 | | |

| History: | | | |
|---|---|---|---|
| Details | ⊙ | 1-1 | 02/11/2011 | Claim #1 filed by Midland Credit Management, Inc., Amount claimed: $2443.71 (Ascension Capital Group) |

Description:

Remarks:

| Creditor:          (19874216)<br>Wells Fargo Bank,N.A.<br>Business Direct Division<br>100 W, Washington Street 8th Flr<br>Phoenix, AZ 85003 | **Claim No: 2**<br>*Original Filed<br>Date:* 02/14/2011<br>*Original Entered<br>Date:* 02/14/2011 | Status:<br>*Filed by:* CR<br>*Entered by:* Wells Fargo Bank (AV)<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $23328.76 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $23328.76 | | |

| History: | | | |
|---|---|---|---|
| Details | ⊙ | 2-1 | 02/14/2011 | Claim #2 filed by Wells Fargo Bank,N.A., Amount claimed: $23328.76 (Wells Fargo Bank (AV)) |

Description: (2-1) Debtor #174676912

Remarks:

| Creditor: (19844275) Seminole County Tax Collector Attn: Ray Valdes Post Office Box 630 Sanford FL 32772-0630 | **Claim No: 3** Original Filed Date: 02/16/2011 Original Entered Date: 02/16/2011 | Status: Withdrawal of Claim 50 Filed by: CR Entered by: Seminole County Tax Collector (DS) Modified: 12/29/2011 |
|---|---|---|

| Amount | claimed: | $2076.03 | | |||
|---|---|---|---|---|
| Secured | claimed: | $2076.03 | | |||

History:

| Details ⦿ | 3-1 | 02/16/2011 | Claim #3 filed by Seminole County Tax Collector, Amount claimed: $2076.03 (Seminole County Tax Collector (DS)) |
|---|---|---|---|
| | 50 | 12/28/2011 | Withdrawal of Claim(s): 3 Filed by Creditor Seminole County Tax Collector (DS). (Seminole County Tax Collector (DS)) Status: Withdrawal of Claim |

Description: (3-1) Real Estate 1021305HH00000010

Remarks: (3-1) 2011 Estimated Taxes

| Creditor: (19844275) Seminole County Tax Collector Attn: Ray Valdes Post Office Box 630 Sanford FL 32772-0630 | **Claim No: 4** Original Filed Date: 02/16/2011 Original Entered Date: 02/16/2011 | Status: Withdrawal of Claim 51 Filed by: CR Entered by: Seminole County Tax Collector (DS) Modified: 12/29/2011 |
|---|---|---|

| Amount | claimed: | $2967.70 | | |||
|---|---|---|---|---|
| Secured | claimed: | $2967.70 | | |||

History:

| Details ⦿ | 4-1 | 02/16/2011 | Claim #4 filed by Seminole County Tax Collector, Amount claimed: $2967.70 (Seminole County Tax Collector (DS)) |
|---|---|---|---|
| | 51 | 12/28/2011 | Withdrawal of Claim(s): 4 Filed by Creditor Seminole County Tax Collector (DS). (Seminole County Tax Collector (DS)) Status: Withdrawal of Claim |

Description: (4-1) Real Estate 1021305BR0B000030

Remarks: (4-1) 2011 Estimated Taxes

| Creditor: (23214314) TD Bank USA, N.A. c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 Seattle, WA 98121   Claimant History | **Claim No: 5** Original Filed Date: 02/16/2011 Original Entered Date: 02/16/2011 | Status: Transfer of Claim 60 Filed by: CR Entered by: Richard S. Ralston Modified: |
|---|---|---|

| Amount | claimed: | $1664.61 | | |||
|---|---|---|---|---|

History:

| Details ⦿ | 5-1 | 02/16/2011 | Claim #5 filed by TARGET NATIONAL BANK, Amount claimed: $1664.61 (Ralston, Richard ) |
|---|---|---|---|
| | 60 | 03/25/2013 | Notice of Transfer/Assignment of Claim 5 Filed by Creditor TARGET NATIONAL BANK. (Johnson, Larry) Status: Transfer of Claim |

Description:

Remarks:

| | Unsecured | claimed: | $1664.61 | | |
|---|---|---|---|---|---|

**History:**

| Details | ⊙ | 5-1 | 02/16/2011 | Claim #5 filed by TARGET NATIONAL BANK, Amount claimed: $1664.61 (Ralston, Richard ) |
|---|---|---|---|---|
| | | 60 | 03/25/2013 | Notice of Transfer/Assignment of Claim 5 Filed by Creditor TARGET NATIONAL BANK. (Johnson, Larry) Status: Transfer of Claim |

**Description:**

**Remarks:**

---

| Creditor:         (19844293)<br>Fairwinds Credit Union<br>3075 N Alafaya Trail<br>Orlando, FL 32826 | **Claim No: 6**<br>*Original Filed*<br>*Date*: 02/17/2011<br>*Original Entered*<br>*Date*: 02/17/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Fairwinds Credit Union<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $18236.66 | | |
|---|---|---|---|---|
| Secured | claimed: | $18236.66 | | |

**History:**

| Details | ⊙ | 6-1 | 02/17/2011 | Claim #6 filed by Fairwinds Credit Union, Amount claimed: $18236.66 (Fairwinds Credit Union) |
|---|---|---|---|---|

**Description:** (6-1) mortgage - 1430 Jamie Lane, Casselberry FL

**Remarks:**

---

| Creditor:         (19844302)<br>Lakes of Jacaranda Condo Ass<br>c/o Robert Kaye & Assoc PA<br>Attn Gerald S Collins, Esq<br>1200 Park Central Blvd S<br>Pompano Beach, FL 33064 | **Claim No: 7**<br>*Original Filed*<br>*Date*: 02/22/2011<br>*Original Entered*<br>*Date*: 02/22/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* FC<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $11670.89 | | |
|---|---|---|---|---|
| Secured | claimed: | $11670.89 | | |

**History:**

| Details | ⊙ | 7-1 | 02/22/2011 | Claim #7 filed by Lakes of Jacaranda Condo Ass, Amount claimed: $11670.89 (Faye ) |
|---|---|---|---|---|

**Description:**

**Remarks:**

---

| Creditor:         (19844299)<br>Internal Revenue Service<br>Attn: Bankruptcy<br>Po Box 7346<br>Philadelphia, PA 19101-<br>7346    Claimant History | **Claim No: 8**<br>*Original Filed*<br>*Date*: 02/28/2011<br>*Original Entered*<br>*Date*: 02/28/2011<br>*Last Amendment*<br>*Filed:* 12/18/2014<br>*Last Amendment*<br>*Entered:* 12/18/2014 | *Status:* Withdrawal of Claim 92<br>*Filed by:* CR<br>*Entered by:* Internal Revenue Service (RP)<br>*Modified:* 12/24/2014 |
|---|---|---|

| Amount | claimed: | $87836.42 | | |
| Secured | claimed: | $0.00 | | |
| Priority | claimed: | $83817.48 | | |
| Unsecured | claimed: | $4018.94 | | |

*History:*

| Details | ◉ | 8-1 | 02/28/2011 | Claim #8 filed by Internal Revenue Service, Amount claimed: $87836.42 (Internal Revenue Service) |
| Details | ◉ | 8-2 | 12/18/2014 | Amended Claim #8 filed by Internal Revenue Service, Amount claimed: $0.00 (Internal Revenue Service (RP)) |
| Details | ◉ | 8-3 | 12/18/2014 | Amended Claim #8 filed by Internal Revenue Service, Amount claimed: $87836.42 (Internal Revenue Service (RP)) |
| | | 92 | 12/18/2014 | Withdrawal of Claim(s): 8 Filed by Creditor IRS. (Scott) Status: Withdrawal of Claim |

*Description:* (8-3) Withdrawing Claim #8

*Remarks:* (8-2) This claim was registered in a case not noted on the claim form. The claim has been registered in the case noted on the claim form.
(8-3) Withdrawing Claim #8

---

| Creditor: (19974371) Wells Fargo Bank NA 1800 NW 49th Street Suite 120 Fort Lauderdale, FL 33309 | **Claim No: 9** *Original Filed Date:* 03/01/2011 *Original Entered Date:* 03/01/2011 | Status: *Filed by:* CR *Entered by:* Taji S. Foreman *Modified:* |

| Amount | claimed: | $113004.10 | | |
| Secured | claimed: | $113004.10 | | |

*History:*

| Details | ◉ | 9-1 | 03/01/2011 | Claim #9 filed by Wells Fargo Bank NA, Amount claimed: $113004.10 (Foreman, Taji ) |
| | | doc | 05/15/2012 | Notice of Mortgage Payment Change Related to Claim 9 Filed by Creditor America's Servicing Co.. (Wells Fargo Home Mortgage (JH)) |
| | | doc | 12/06/2012 | Notice of Mortgage Payment Change Related to Claim 9 Filed by Creditor America's Servicing Co.. (Wells Fargo Home Mortgage (SD)) |

*Description:* (9-1) 1869 Lake Drive, Casselberry, FL 32707

*Remarks:*

---

| Creditor: (19984245) Jefferson Capital Systems LLC PO BOX 7999 SAINT CLOUD MN 56302-9617 | **Claim No: 10** *Original Filed Date:* 03/03/2011 *Original Entered Date:* 03/03/2011 | Status: *Filed by:* CR *Entered by:* CompuCredit *Modified:* |

*History:*

| Details | ◉ | 10-1 | 03/03/2011 | Claim #10 filed by Jefferson Capital Systems LLC, Amount claimed: $1371.08 (CompuCredit) |

*Description:*

*Remarks:*

| Amount | claimed: | $1371.08 | | |
| Unsecured | claimed: | $1371.08 | | |

*History:*

| Details | ⊙ | 10-1 | 03/03/2011 | Claim #10 filed by Jefferson Capital Systems LLC, Amount claimed: $1371.08 (CompuCredit) |

*Description:*

*Remarks:*

---

| Creditor: (20428002) Portfolio Recovery Associates, LLC PO Box 41067 Norfolk VA 23541   Claimant History | **Claim No: 11** *Original Filed Date:* 03/14/2011 *Original Entered Date:* 03/14/2011 | *Status:* Transfer of Claim 33 *Filed by:* CR *Entered by:* Visa Inc *Modified:* |

| Amount | claimed: | $9243.00 | | |
| Secured | claimed: | $0.00 | | |
| Priority | claimed: | $0.00 | | |
| Unknown | claimed: | $0.00 | | |
| Unsecured | claimed: | $9243.00 | | |

*History:*

| Details | ⊙ | 11-1 | 03/14/2011 | Claim #11 filed by Chase Bank USA, N.A., Amount claimed: $9243.00 (Visa Inc) |
| | | 33 | 05/23/2011 | Notice of Transfer/Assignment of Claim. Transfer Agreement 3001 (e) 2 Transferor: Chase Bank USA, N.A. (Claim No. 11) To Portfolio Recovery Associates, LLC. [Notice to Transferor/Transferee of the filing of the Transfer to be mailed by BNC] Filed by Creditor PRA Receivables Management LLC. (Portfolio Recovery Associates, LLC) Status: Transfer of Claim |

*Description:*

*Remarks:*

---

| Creditor: (20062661) Axis Capital Inc 308 North Locust Street Grank Island NE 68801 | **Claim No: 12** *Original Filed Date:* 03/21/2011 *Original Entered Date:* 03/21/2011 | *Status:* *Filed by:* CR *Entered by:* LL *Modified:* |

| Amount | claimed: | $2583.76 | | |
| Secured | claimed: | $2276.56 | | |
| Unsecured | claimed: | $307.20 | | |

*History:*

| Details | ⊙ | 12-1 | 03/21/2011 | Claim #12 filed by Axis Capital Inc, Amount claimed: $2583.76 (Lexie ) |

*Description:*

*Remarks:*

| Creditor:          (20118230)<br>Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim No: 13<br>*Original Filed*<br>*Date:* 03/30/2011<br>*Original Entered*<br>*Date:* 03/30/2011 | Status:<br>*Filed by:* CR<br>*Entered by:* Thomas A Lee, III<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $797.15 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $797.15 | | |

*History:*

| Details | ◉ | 13-1 | 03/30/2011 | Claim #13 filed by Toyota Motor Credit Corporation, Amount claimed: $797.15 (Lee, Thomas ) |
|---|---|---|---|---|

*Description:* (13-1) DEFICIENCY BALANCE RELATED TO MOTOR VEHICLE LEASE

*Remarks:*

---

| Creditor:          (19844299)<br>Internal Revenue Service<br>Attn: Bankruptcy<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Claim No: 14<br>*Original Filed*<br>*Date:* 04/01/2011<br>*Original Entered*<br>*Date:* 04/01/2011<br>*Last Amendment*<br>*Filed:* 12/19/2014<br>*Last Amendment*<br>*Entered:* 12/19/2014 | Status:<br>*Filed by:* CR<br>*Entered by:* Internal Revenue Service<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $22855.66 | | |
|---|---|---|---|---|
| Secured | claimed: | $0.00 | | |
| Priority | claimed: | $20849.49 | | |

*History:*

| Details | ◉ | 14-1 | 04/01/2011 | Claim #14 filed by Internal Revenue Service, Amount claimed: $74673.67 (Internal Revenue Service) |
|---|---|---|---|---|
| Details | ◉ | 14-2 | 07/12/2011 | Amended Claim #14 filed by Internal Revenue Service, Amount claimed: $49673.67 (Internal Revenue Service) |
| Details | ◉ | 14-3 | 08/26/2013 | Amended Claim #14 filed by Internal Revenue Service, Amount claimed: $30178.19 (Internal Revenue Service) |
| Details | ◉ | 14-4 | 12/19/2014 | Amended Claim #14 filed by Internal Revenue Service, Amount claimed: $22855.66 (Internal Revenue Service) |

*Description:*

*Remarks:*

---

| Creditor:          (20239157)<br>FIA Card Services, NA as successor in | Claim No: 15<br>*Original Filed* | Status:<br>*Filed by:* CR |
|---|---|---|

*History:*

| Details | ◉ | 15-1 | 04/21/2011 | Claim #15 filed by FIA Card Services, NA as successor in interest to, Amount claimed: $1903.95 (American Infosource (BH)) |
|---|---|---|---|---|

*Description:*

*Remarks:*

interest to
Bank of America NA and MBNA
America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713

*Date:* 04/21/2011
*Original Entered*
*Date:* 04/21/2011

*Entered by:* American Infosource (BH)
*Modified:*

| Amount | claimed: | $1903.95 | | |
| Unsecured | claimed: | $1903.95 | | |

*History:*

| Details | ⊙ | 15-1 | 04/21/2011 | Claim #15 filed by FIA Card Services, NA as successor in interest to, Amount claimed: $1903.95 (American Infosource (BH)) |

*Description:*

*Remarks:*

---

*Creditor:*    (20239157)
FIA Card Services, NA as successor in
interest to
Bank of America NA and MBNA
America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713

**Claim No: 16**
*Original Filed*
*Date:* 04/21/2011
*Original Entered*
*Date:* 04/21/2011

*Status:*
*Filed by:* CR
*Entered by:* American Infosource (BH)
*Modified:*

| Amount | claimed: | $5018.92 | | |
| Unsecured | claimed: | $5018.92 | | |

*History:*

| Details | ⊙ | 16-1 | 04/21/2011 | Claim #16 filed by FIA Card Services, NA as successor in interest to, Amount claimed: $5018.92 (American Infosource (BH)) |

*Description:*

*Remarks:*

---

*Creditor:*    (20239157)
FIA Card Services, NA as successor in
interest to
Bank of America NA and MBNA
America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713

**Claim No: 17**
*Original Filed*
*Date:* 04/21/2011
*Original Entered*
*Date:* 04/21/2011

*Status:*
*Filed by:* CR
*Entered by:* American Infosource (BH)
*Modified:*

| Amount | claimed: | $6518.31 | | |
| Unsecured | claimed: | $6518.31 | | |

*History:*

| Details | ⊙ | 17-1 | 04/21/2011 | Claim #17 filed by FIA Card Services, NA as successor in interest to, Amount claimed: $6518.31 (American Infosource (BH)) |

*Description:*

*Remarks:*

| Creditor:        (23633156)<br>Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266    Claimant History | **Claim No: 18**<br>*Original Filed Date:* 04/22/2011<br>*Original Entered Date:* 04/22/2011<br>*Last Amendment Filed:* 07/01/2013<br>*Last Amendment Entered:* 07/01/2013 | Status:<br>*Filed by:* CR<br>*Entered by:* Lindsey A Savastano<br>*Modified:* 05/20/2011 |
|---|---|---|

| Amount | claimed: | $212864.36 | | |
|---|---|---|---|---|
| Secured | claimed: | $212864.36 | | |

*History:*

| Details | 18-1 | 04/22/2011 | Claim #18 filed by BAC Home Loans Servicing, L.P. f/k/a Countrywide H, Amount claimed: $235029.64 (Savastano, Lindsey ) |
|---|---|---|---|
| Details | 18-2 | 07/01/2013 | Amended Claim #18 filed by Bank of America, N.A., Amount claimed: $212864.36 (Savastano, Lindsey ) |

*Description:* (18-1) Mortgage Arrearage: $29,214.67
(18-2) Ln#XXXXXX7824

*Remarks:* (18-1) Re: Property loacted at 10749 Cleary Boulevard, Apt. 202, Plantation, Florida 33324
(18-2) Arrearage = $25,218.19

| Creditor:        (20372176)<br>LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 19**<br>*Original Filed Date:* 05/12/2011<br>*Original Entered Date:* 05/12/2011 | Status:<br>*Filed by:* CR<br>*Entered by:* Resurgent Capital Services<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $4400.31 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $4400.31 | | |

*History:*

| Details | 19-1 | 05/12/2011 | Claim #19 filed by LVNV Funding LLC, Amount claimed: $4400.31 (Resurgent Capital Services) |
|---|---|---|---|

*Description:*

*Remarks:*

| Creditor:        (23361924)<br>Midland Funding LLC<br>by American InfoSource LP as agent<br>Attn: Department 1<br>PO Box 4457 | **Claim No: 20**<br>*Original Filed Date:* 05/17/2011<br>*Original Entered Date:* 05/17/2011 | Status:<br>*Filed by:* CR<br>*Entered by:* AFNI<br>*Modified:* |
|---|---|---|

*History:*

| Details | 20-1 | 05/17/2011 | Claim #20 filed by Verizon Wireless, Amount claimed: $1369.99 (AFNI) |
|---|---|---|---|
| | 62 | 04/21/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Midland Funding LLC by American InfoSource LP as agent. (American InfoSource (LW)) |

*Description:* (20-1) 1033

*Remarks:*

| Houston, TX 77210-4457 [Claimant History] | | | |
|---|---|---|---|

| Amount | claimed: | $1369.99 | |||
|---|---|---|---|
| Unsecured | claimed: | $1369.99 | |||

**History:**

| [Details] ⊙ | [20-1] | 05/17/2011 | Claim #20 filed by Verizon Wireless, Amount claimed: $1369.99 (AFNI) |
|---|---|---|---|
| | [62] | 04/21/2013 | Notice of Transfer/Assignment of Claim Filed by Creditor Midland Funding LLC by American InfoSource LP as agent. (American InfoSource (LW)) |

*Description:* (20-1) 1033

*Remarks:*

---

| *Creditor:* (20482168) BAC Home Loan Servicing, LP Attn: Bankruptcy Dept Mail Stop CA6-919-01-23 400 National Way Simi Valley, CA 93065 | **Claim No: 21** *Original Filed Date:* 05/31/2011 *Original Entered Date:* 05/31/2011 | *Status:* *Filed by:* CR *Entered by:* Michael Baker Shaw *Modified:* |
|---|---|---|

| Amount | claimed: | $515495.61 | |||
|---|---|---|---|
| Secured | claimed: | $515495.61 | |||

**History:**

| [Details] ⊙ | [21-1] | 05/31/2011 | Claim #21 filed by BAC Home Loan Servicing, LP, Amount claimed: $515495.61 (Shaw, Michael ) |
|---|---|---|---|

*Description:*

*Remarks:*

---

| *Creditor:* (20482168) BAC Home Loan Servicing, LP Attn: Bankruptcy Dept Mail Stop CA6-919-01-23 400 National Way Simi Valley, CA 93065 | **Claim No: 22** *Original Filed Date:* 06/03/2011 *Original Entered Date:* 06/03/2011 | *Status:* Withdrawal of Claim [63] *Filed by:* CR *Entered by:* Dean R Prober *Modified:* 04/29/2013 |
|---|---|---|

| Amount | claimed: | $29374.55 | |||
|---|---|---|---|
| Secured | claimed: | $29374.55 | |||

**History:**

| [Details] ⊙ | [22-1] | 06/03/2011 | Claim #22 filed by BAC Home Loan Servicing, LP, Amount claimed: $29374.55 (Prober, Dean ) |
|---|---|---|---|
| | [63] | 04/27/2013 | Withdrawal of Claim(s): 22 Filed by Creditor Bank of america, N.A.. (Prober, Dean) Status: Withdrawal of Claim |

*Description:* (22-1) Real Property: 10749 Cleary Blvd., Apt. 202, Plantation, FL

*Remarks:*

| Creditor: (24499843)<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712    Claimant<br>History | **Claim No: 23**<br>*Original Filed<br>Date:* 06/08/2011<br>*Original Entered<br>Date:* 06/08/2011 | *Status:* Transfer of Claim 89<br>*Filed by:* CR<br>*Entered by:* Jaime L Watkins<br>*Modified:* |

| Amount | claimed: | $991.46 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $991.46 | | |

| *History:* | | | |
|---|---|---|---|
| Details ⚫ | 23-1 | 06/08/2011 | Claim #23 filed by HSBC Bank Nevada, N.A., Amount claimed: $991.46 (Watkins, Jaime ) |
| | 56 | 07/26/2012 | Notice of Transfer/Assignment of Claim. Transfer Agreement 3001 (e) 2 Transferor: HSBC Bank Nevada, N.A. (Claim No. 23) To Capital One, N.A. [Notice to Transferor/Transferee the filing of the Transfer to be mailed by BNC] Filed by Creditor Capital One, N.A.. (Bass, Patti) Status: Transfer of Claim w/Waiver of Notice |
| | 89 | 04/18/2014 | Joint Notice of Transfer/Assignment of Claim. (Fee Paid.). Filed by Creditor eCAST Settlement Corporation. (Watkins, Jaime) Status: Transfer of Claim |

| *Description:* |
|---|

| *Remarks:* |
|---|

| Creditor: (19844290)    History<br>Citifinancial<br>605 Munn Road<br>Ft. Mill, SC 29715 | **Claim No: 24**<br>*Original Filed<br>Date:* 07/11/2011<br>*Original Entered<br>Date:* 07/11/2011 | *Status:* Clerk's Notice of Claim Filed by Debtor/Trustee 41<br>*Filed by:* DE<br>*Entered by:* Robert H Pflueger<br>*Modified:* |

| Amount | claimed: | $8581.00 | | |
|---|---|---|---|---|
| Secured | claimed: | $8581.00 | | |

| *History:* | | | |
|---|---|---|---|
| Details ⚫ | 24-1 | 07/11/2011 | Claim #24 filed by Citifinancial, Amount claimed: $8581.00 (Pflueger, Robert ) |
| | 41 | 07/13/2011 | Notice of Claim Filed by Debtor/Trustee regarding Claim Number 24. Filed by the Debtor on behalf of Citifinancial. (Faye) Status: Clerk's Notice of Claim Filed by Debtor/Trustee |

| *Description:* |
|---|

| *Remarks:* |
|---|

| Creditor: (20904854)<br>Cape Caribe Association, Inc<br>PO Box 88979<br>Milwaukee, WI 53288-0979 | **Claim No: 25**<br>*Original Filed<br>Date:* 09/08/2011<br>*Original Entered<br>Date:* 09/08/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Auto-Claim Filer<br>*Modified:* |

| *History:* | | | |
|---|---|---|---|
| Details ⚫ | 25-1 | 09/08/2011 | Claim #25 filed by Cape Caribe Association, Inc, Amount claimed: $2073.27 (Auto-Claim Filer) |

| *Description:* |
|---|

| *Remarks:* (25-1) Account Number (last 4 digits):1662 |
|---|

| Amount | claimed: | $2073.27 | | |
|---|---|---|---|---|
| Unsecured | claimed: | $2073.27 | | |

**History:**

| Details | ⊙ | 25-1 | 09/08/2011 | Claim #25 filed by Cape Caribe Association, Inc, Amount claimed: $2073.27 (Auto-Claim Filer) |
|---|---|---|---|---|

**Description:**

**Remarks:** (25-1) Account Number (last 4 digits):1662

| *Creditor:* (23931792) American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | **Claim No: 26** *Original Filed Date:* 10/01/2013 *Original Entered Date:* 10/01/2013 | *Status:* *Filed by:* CR *Entered by:* American InfoSource (LW) *Modified:* |
|---|---|---|

| Amount | claimed: | $1588.42 | | | |
|---|---|---|---|---|---|

**History:**

| Details | ⊙ | 26-1 | 10/01/2013 | Claim #26 filed by American InfoSource LP as agent for, Amount claimed: $1588.42 (American InfoSource (LW)) |
|---|---|---|---|---|

**Description:**

**Remarks:**

## Claims Register Summary

**Case Name:** Douglas Frederick Pollock and Julie Dee Pollock
**Case Number:** 6:11-bk-01599-CCJ
**Chapter:** 7
**Date Filed:** 02/07/2011
**Total Number Of Claims:** 26

| Total Amount Claimed* | $1090259.68 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $916547.46 | |
| **Priority** | $104666.97 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/19/2015 16:28:42 | | | |
| **PACER Login:** | am7140:3645203:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:11-bk-01599-CCJ Filed or Entered From: 1/1/1900 Filed or Entered To: 1/19/2015 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

/s/ Arvind Mahendru

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-01599-CCJ
Case Name: Douglas Frederick Pollock
          Julie Dee Pollock
Trustee Name: ARVIND MAHENDRU

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | Axis Capital Inc | $ | $ | $ | $ |
| 18 | N. A. Bank Of America | $ | $ | $ | $ |
| 21 | Lp Bac Home Loan Servicing | $ | $ | $ | $ |
| 24 | Citifinancial | $ | $ | $ | $ |
| 6 | Fairwinds Credit Union | $ | $ | $ | $ |
| 7 | Lakes Of Jacaranda Condo Ass | $ | $ | $ | $ |
| 9 | Wells Fargo Bank Na | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ARVIND MAHENDRU | $ | $ | $ |
| Trustee Expenses: ARVIND MAHENDRU | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance          $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | $ | $ | $ |
| 2 | N. A. Wells Fargo Bank | $ | $ | $ |
| 5 | N. A. Td Bank Usa | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Jefferson Capital Systems Llc | $ | $ | $ |
| 11 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 12 | Axis Capital Inc | $ | $ | $ |
| 13 | Toyota Motor Credit Corporation | $ | $ | $ |
| 15 | Na As Successor In Interest To Fia Card Services | $ | $ | $ |
| 16 | Na As Successor In Interest To Fia Card Services | $ | $ | $ |
| 17 | Na As Successor In Interest To Fia Card Services | $ | $ | $ |
| 19 | LVNV Funding LLC | $ | $ | $ |
| 20 | Midland Funding Llc | $ | $ | $ |
| 23 | N. A Capital One | $ | $ | $ |
| 25 | Cape Caribe Association, Inc | $ | $ | $ |
| 26 | American Infosource Lp As Agent For | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Internal Revenue Service | $ | $ | $ |

Total to be paid to subordinated unsecured creditors          $_____

Remaining Balance          $_____